IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER CRUZ
WALLEY,

          Appellant,

v.

STATE OF FLORIDA,

          Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2334

_____/

Opinion filed February 7, 2017.

An appeal from the Circuit Court for Washington County.
Colby Peel, Judge.

Carlos J. Martinez, Public Defender, Shannon M Hemmendinger, Assistant Public
Defender, Miami-Dade, for Appellant.

Pamela Jo Bondi, Attorney General, Thomas H. Duffy, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

          AFFIRMED.

ROBERTS, C.J., ROWE, and MAKAR, JJ., CONCUR.